STATE OF CONNECTICUT *v.* DANIEL CARTER
(AC 16126)

Landau, Spear and Hennessy, Js.

Argued May 27—officially released June 24, 1997

Per Curiam. The judgment is affirmed.

STATE OF CONNECTICUT *v.* GILBERT G. ELY III
(AC 12713)

Landau, Schaller and Hennessy, Js.

Argued May 27—officially released June 24, 1997

Per Curiam. The judgment is affirmed.

WILLIAM A. JUPIN *v.* COMMISSIONER OF
CORRECTION
(AC 15912)

Landau, Schaller and Hennessy, Js.

Argued May 27—officially released June 24, 1997

Per Curiam. The judgment is affirmed.